JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MERUELO TELEVISION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HC2 NETWORK, INC., a Delaware corporation; INNOVATE CORP., a Delaware corporation.; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-CV-08184-AB-BFM<br><br>**ORDER DISMISSING CIVIL ACTION WITH PREJUDICE** |

Having reviewed the Parties' Joint Stipulation pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby ORDERS the above-referenced action DISMISSED with prejudice, in its entirety, with each party bearing its own attorneys' fees and costs.

Dated: November 1, 2024

By: _____
JUDGE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE